United States District Court
Northern District of California

1

2                          UNITED STATES DISTRICT COURT

3                         NORTHERN DISTRICT OF CALIFORNIA

4

5    CARLOS ARMANDO ORTEGA,                     Case No. 15-cv-04876-HSG (PR)

6                   Plaintiff,                  **ORDER DENYING PLAINTIFF'S
                                                MOTION FOR APPOINTMENT OF**
7           v.                                  **COUNSEL**

8    MARK RITCHIE, et al.,                      Re: Dkt. No. 14

9                   Defendants.

10

11          Plaintiff has requested that counsel be appointed to assist him in this action.  A district

12   court has the discretion under 28 U.S.C. § 1915(e)(1) to designate counsel to represent an indigent

13   civil litigant in exceptional circumstances.  *See Wilborn v. Escalderon*, 789 F.2d 1328, 1331 (9th

14   Cir. 1986).  This requires an evaluation of both the likelihood of success on the merits and the

15   ability of the plaintiff to articulate his claims pro se in light of the complexity of the legal issues

16   involved.  *See id.*  Neither of these factors is dispositive and both must be viewed together before

17   deciding on a request for counsel under § 1915 (e)(1).  Here, exceptional circumstances requiring

18   the appointment of counsel are not evident.  The request for appointment of counsel is therefore

19   DENIED.  The Court will consider appointment of counsel on its own motion, and seek volunteer

20   counsel to agree to represent plaintiff pro bono, if it determines at a later time in the proceedings

21   that appointment of counsel is warranted.

22          This order terminates Docket No. 14.

23          **IT IS SO ORDERED.**

24   Dated: 3/1/2016

25

26                                             HAYWOOD S. GILLIAM, JR.

27                                             United States District Judge

28