UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CARLOS ARMANDO ORTEGA,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>MARK RITCHIE, et al.,<br><br>　　　　　Defendants. | Case No. 15-cv-04876-HSG (PR)<br><br>**ORDER GRANTING DEFENDANTS' MOTION FOR EXTENSION OF TIME; DENYING WITHOUT PREJUDICE PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT**<br><br>Re: Dkt. Nos. 13, 16 |

　　　　Good cause appearing, defendants' motion for an extension of time to file a dispositive motion is hereby GRANTED. The deadline for defendants to file a dispositive motion is CONTINUED to **June 28, 2016**. Plaintiff shall file any opposition to defendants' motion within **twenty-eight (28)** days of the date the motion is filed. Defendants shall file a reply within **fourteen (14)** days of the date the opposition is filed.

　　　　The Court notes that Plaintiff has filed a "notice of summary judgment" accompanied by a "demand for jury trial." *See* Dkt. No. 16. Therein, Plaintiff states that he "has established essential elements showing triable issues of material facts" and asks that summary judgment not be granted to defendants. *See id.* at 5, 20. The motion appears to be premature as defendants have not yet moved for summary judgment. Further, the filing indicates plaintiff's misunderstanding of a summary judgment motion which is to show that there are no triable issues of material fact and to eliminate the need for a jury trial. Accordingly, plaintiff's motion for summary judgment is

1  DENIED without prejudice.  He may re-file a motion for summary judgment after defendants have
2  filed their dispositive motion.
3      This order terminates Docket Nos. 13 and 16.
4      **IT IS SO ORDERED.**
5  Dated:  3/10/2016

    HAYWOOD S. GILLIAM, JR.
    United States District Judge

2