UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CARLOS ARMANDO ORTEGA,<br><br>    Plaintiff,<br><br>v.<br><br>MARK RITCHIE, et al.,<br><br>    Defendants. | Case No. 15-cv-04876-HSG (PR)<br><br>**ORDER GRANTING PLAINTIFF'S MOTION FOR EXTENSION OF TIME**<br><br>Re: Dkt. No. 30 |

Good cause appearing, Plaintiff's motion for an extension of time to file an opposition to Defendants' motion for summary judgment is GRANTED. Plaintiff shall file his opposition no later than **September 2, 2016**. Defendants shall file their reply no later than **fourteen (14)** days after the date of service of the opposition.

This order terminates Docket No. 30.

**IT IS SO ORDERED.**

Dated: 8/15/2016

HAYWOOD S. GILLIAM, JR.
United States District Judge