UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CARLOS ARMANDO ORTEGA,<br><br>  Plaintiff,<br><br>  v.<br><br>MARK RITCHIE, et al.,<br><br>  Defendants. | Case No. 15-cv-04876-HSG (PR)<br><br>**ORDER ADDRESSING PENDING MOTIONS FOR EXTENSIONS OF TIME**<br><br>Re: Dkt. Nos. 29, 32, 37 |

The Clerk of Court is directed to administratively terminate docket # 29, which was docketed as plaintiff's cross-motion for summary judgment but is actually an opposition to defendants' motion for summary judgment.  Plaintiff's motion for an extension of time to file an opposition to defendants' motion for summary judgment is GRANTED, and the opposition filed at docket # 29 is deemed timely.  Defendants' motion for an extension of time to oppose plaintiff's cross-motion for summary judgment is DENIED as unnecessary.  Defendants shall, however, file a reply to the opposition filed at docket # 29 on or before **September 20, 2016**.

This order terminates Docket Nos. 29, 32, and 37.

**IT IS SO ORDERED.**

Dated:  9/1/2016

HAYWOOD S. GILLIAM, JR.
United States District Judge