UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CARLOS ARMANDO ORTEGA,<br><br>        Plaintiff,<br><br>   v.<br><br>MARK RITCHIE, et al.,<br><br>        Defendants. | Case No. 15-cv-04876-HSG (PR)<br><br>**JUDGMENT** |

Pursuant to the Order Granting Defendants' Motion for Summary Judgment, judgment is entered in favor of Defendants.

**IT IS SO ORDERED AND ADJUDGED.**

Dated: 2/27/2017

_____
HAYWOOD S. GILLIAM, JR.
United States District Judge