UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CARLOS ARMANDO ORTEGA,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>MARK RITCHIE, et al.,<br><br>　　　　Defendants. | Case No. 15-cv-04876-HSG (PR)<br><br>**ORDER GRANTING MOTION FOR LEAVE TO PROCEED IN FORMA PAUPERIS ON APPEAL**<br><br>Re: Dkt. No. 52 |

　　　　Plaintiff Carlos Armando Ortega's motion to proceed in forma paupris on appeal (dkt. no. 52), is GRANTED.

　　　　**IT IS SO ORDERED.**

Dated:  3/29/2017

　　　　　　　　　　　　　　　　　　　　　　　　　　　　*Haywood S. Gilliam Jr.*
　　　　　　　　　　　　　　　　　　　　　　　　　　　　HAYWOOD S. GILLIAM, JR.
　　　　　　　　　　　　　　　　　　　　　　　　　　　　United States District Judge